**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00460-CV

**IN THE INTEREST OF T.G. A CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-09560**

## ORDER

On October 28, 2011, the trial court signed a document entitled "Decision" in the above-numbered cause. This document is not included in the clerk's record before this Court. This appeal has been submitted and cannot proceed until the record is complete. Therefore, the Dallas County District Clerk is **ORDERED** to transmit to this Court a supplemental record containing the October 28, 2011 document no later than May 22, 2013.

/s/ MICHAEL J. O'NEILL
PRESIDING JUSTICE